**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 7, 2004**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-21109
Summary Calendar

_____

GORDON JOHNSON,

                                        Plaintiff-Appellant,

versus

LAWRENCE HODGES, Warden II; CHARLES WILLIAMSON, Assistant
Warden; RICHARD GUNNELS, Major; CRAIG FISHER, Captain;
MR. ROSADO, Lieutenant; MONTGOMERY, Lieutenant; J. GUTIERREZ,
Sergeant; B. CARDOZA, UGI Sergeant; V. J. GREIGER, Correction
Officer; V. WILLIS KING, Correction Officer; GAIL THOMPSON,
Law Library Supervisor; W. TAYLOR, Counsel Substitute; D.
COLE, Warden I; M. MUNSELLE, Assistant Warden; JAMIE BAKER,
Major; FREDERICK MERIDA, Captain; JOE PONDER, Captain; D.
SNODGRASS; NELDA BUEHLER, UGI; ANTONIOUS FLANAGAN,
Correctional Officer IV; W. SMITH, Correctional Officer IV;
KELLI WARD, RGN V Griv INV; JANE M. COCKERHAM, Ombudsman;
FRANK HOKE, ACT Administrator,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-03-CV-3672
--------------------

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Gordon Johnson, Texas prisoner # 748915, appeals from the

district court's pre-trial order striking his original civil

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

rights complaint and directing him to file an amended, concise complaint.  This court does not have jurisdiction over this appeal.  See Click v. Abilene Nat'l Bank, 822 F.2d 544, 545 (5th Cir. 1987).  The collateral order doctrine does not apply to the present case.  See Exxon Chems. Am. v. Chao, 298 F.3d 464, 469 (5th Cir. 2002).  Johnson's appeal is DISMISSED for lack of jurisdiction.